ORIGINAL

FILED

04/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0626

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0626

FILED

APR 21 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE PARENTING OF K.R.C.W.,

DANIEL W. PERRY,

      Petitioner and Appellant,

and

KRISTYN M. PLILEY,

      Respondent and Appellee.

ORDER

Appellant Daniel W. Perry, through counsel, has filed Appellant's Request for Extension of Time to File Reply Brief in the captioned matter.

Appellant's reply brief was due March 31, 2020. The motion for extension was not filed until April 16, and opposing counsel was not contacted as to whether there would be an objection.

IT IS HEREBY ORDERED that the request for an extension is DENIED. The matter is deemed submitted to the Court on the briefs filed to date.

DATED this 21st day of April, 2019.

For the Court,

By _____
Chief Justice